No. 04–5153. SEALED PETITIONER *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 04–5157. FENNER *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 04–5158. ·FERNS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04–5159. HIGGINS *v.* BUREAU OF CUSTOMS ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–5162. ROUSSAW *v.* HALL, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 04–5163. MEDICINE BLANKET *v.* ROSEBUD SIOUX TRIBAL POLICE DEPARTMENT ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–5164. TURNER *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–5165. BEAN *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 04–5166. CLELLAND *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–5167. HOPKINS *v.* JAMROG, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–5168. DAVIS *v.* AULT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 04–5170. EARLEY *v.* KEENAN. C. A. 6th Cir. Certiorari denied.

No. 04–5172. BILLY, AKA WANGUE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–5175. MOORE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–5176. SENATOR *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.